5412 Griesson
Moss Point, MS 39563
Aug. 03, 2009

Colorado District Court CM\ECF
Denver Colorado
80202 -

Reference 09-24739-SBB

To whom it may concern;

Dear Sir/Madame,

I am Joyce R. Jones, and resides at the address mentioned above. I am in need of direction or assistant in getting out of a time share which has been bought and paid for; but in essence I'm still paying.

I've contracted at least twice, managements which were to help me sell, but now would not give me my money back. I am confidenced they too are traps, and would like to know how can you help me.

We called the better business bureau, and they gave me this information, that I may get in touch with you.

We earnestly await your reply.

The time share Wyndham once Fairfield, the other is Villas of Hickory Hills, Gautier, MS. What about Time Share Relief, Inc, out of Torrance, California, then there's U.S. Time Share Management out of Fort Lauderdale, Florida. Thanks for any help you can provide.

Sincerely
Joyce R. Jones