Colorado District Court CM/ECF
721 19th St.
Denver, CO  80202

August 27, 2009

To whom it may concern,

Re: Proof of Claim Form - Timeshare Rescue Bankruptcy

I have just been made aware that Timeshare Rescue filed for bankruptcy on July 23, 2009, case # 09-24739-SBB.  On September 3, 2008 we signed a contract with Timeshare Rescue and paid them $1997.00 to dispose of our LaRenaissance timeshare.

Since January of this year I have been attempting to get Timeshare Rescue to comply with the terms of the contract we signed.

Please send a Proof of Claim form to the following address:

> Norman B. Cline
> 4203 Wagon Wheel Dr.
> Hampstead, MD  21074

I understand that there is to be a meeting on September 1st so your prompt attention to my request is appreciated.  I can be reached by phone at 410-241-6391 or be e-mail at nbcline@msn.com.

Thank you,

N.B. Cline