478 Old Georges Road
North Brunswick, N.J. 08902
August 27, 2009

Colorado District Court
CM / ECF
721 19th Street
Denver, Colorado    80202



Re: Timeshare Rescue
1550 Larimer St  #313
Denver, CO   80202

To the Courts:

Referring to the above referenced, I am requesting A PROOF OF CLAIM FORM.

I understand Timeshare Rescue is presently in court seeking Chapter 7.

Timeshare Rescue has fraudulently taken $2,800. from me.

The Better Business Bureau has provided me with a Case number 09 24739 - SBB, which may or may not be of any significance.

Please forward the form requested to the above North Brunswick address.

Thank you,

*Dorothy McNally*
Dorothy McNally

Phones -    732- 297-0028
            732- 690-3530