UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Sid Brooks

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| TSR, LPD | ) | 09-24739-SBB |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| Address:    1550 Larimer Street, #313 | ) | |
| Denver, CO 80202 | ) | |
| Employer's Tax Identification | ) | |
| No. [if any]: 26-1202692 | ) | |

**ORDER AND NOTICE OF HEARING**

THIS MATTER comes before the Court on receipt of correspondence received by the Court with regard to the within Chapter 7 case, including, but not necessarily limited to, the following:

1. Docket #8, filed August 6, 2009, from Joyce R. Jones;
2. Docket #10, filed August 19, 2009, from James W. Fawcett;
3. Docket #11, filed August 20, 2009, from Marry Ellis.
4. Docket #12, filed August 31, 2009, from Graydon and Helen Peterson.
5. Docket #13, filed August 31, 2009, from N.B. Cline.
6. Docket #14, filed August 31, 2009, from Melody Johnson.
7. Docket #15, filed August 31, 2009, from Dorothy McNally.
8. Docket #16, filed August 31, 2009, from Robert and Jane Yates.
9. Docket #17, filed August 31, 2009, from Dr. Romanger J. Fredricks.
10. Docket #18, filed September 3, 2009, from Curtis and Teresa Guffey.
11. Docket #19, filed September 8, 2009, from Derek and Luzene Fick.

The Court, having reviewed the correspondence and the within case file,

DOES ORDER as follows:

1. A hearing regarding the status of the within case and issues raised in correspondence identified hereinabove, shall be held on **Thursday, October 8, 2009, at 11:00 a.m. (mountain daylight time),** in Courtroom E, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202-2508.

2. The Chapter 7 Trustee, counsel for the United States Trustee, and counsel for Debtor shall attend the scheduled hearing.

3. The Clerk of the Court shall serve a copy of this Order on all individuals/entities identified on the creditors' mailing matrix for the within case, as well as on the individuals who have submitted correspondence to the Court as identified hereinabove.

4. Individuals/entities identified hereinabove who have written to the Court with respect to the within case, and who are located outside of the Denver metropolitan area, may appear at the hearing, by telephone. The following instructions are provided for connecting to the Court's conference call line:

> Dial 720-904-7499, a few minutes prior to commencement of the hearing scheduled for 11:00 a.m. (MDT). It is a computerized system and you will be prompted to input a meeting ID, which ID is 1126. You will then be prompted to input a password, which password is 1008. You will be connected into the Court's conference call line.

Failure to connect to the conference call line in a timely manner may preclude participation in the hearing. In the event you are otherwise unable to connect after following the instructions provided above, please call the chambers of the undersigned Judge at 720-904-7338 and leave a name and the telephone number where you can be reached and the Court will return the call.

Dated this 22nd day of September, 2009.

BY THE COURT:

_____
Sidney B. Brooks,
United States Bankruptcy Judge